**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-1635**

———————————

BARBARA MICHELLE BUSH,

                                    Plaintiff - Appellant,

        versus

SOUTHERN MANAGEMENT CORPORATION; WILLIAM
KAINU,

                                    Defendants - Appellees,

        and

VIVIAN CARDULLO, U.S. Department of Housing
and Urban Development; U.S. DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT; DAVID HILLMAN,
Chief Executive Officer and President,
Southern Management Corporation,

                                    Defendants.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Catherine C. Blake, District Judge.  (CA-
01-2216-CCB)

———————————

Submitted:  July 25, 2002          Decided:  July 31, 2002

———————————

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Barbara Michelle Bush, Appellant Pro Se.  Mark Wayne Bertram, Jeffrey Roger Schmieler, SAUNDERS & SCHMIELER, Silver Spring, Maryland, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Barbara Michelle Bush appeals the district court's order denying without prejudice her motion to voluntarily dismiss the action.  We dismiss the appeal for lack of jurisdiction because the order is not appealable.  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949).  The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory.  Bush's motions for appointment of counsel, for emergency relief, and for general relief are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED